Case 6:24-mj-04067-MWP   Document 2   Filed 05/08/24   Page 1 of 1

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the

___Western District of New York___

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  24mj-4067 |
| | ) | |
| Sam Sando | ) | Charging District's Case No.   24-cr-027 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   Southern District of Iowa

I have been informed of the charges and of my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine whether I am the person named in the charges;

(3)   production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)   ~~a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.~~

(5)   a hearing on any motion by the government for detention;

(6)   request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

[X]   an identity hearing ~~and production of the warrant.~~

[ ]   a preliminary hearing.

[ ]   a detention hearing.

[ ]   an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district.  I request that my
[ ] preliminary hearing and/or [ ] detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:   5/8/2024

*Defendant's signature*

*Signature of defendant's attorney*

Kathrynn Austin, AFPD

*Printed name of defendant's attorney*